NUMBER 13-03-459-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


________________________________________________________________


VALLEY INTERVENTION PROJECTS, INC., 

D/B/A VALLEY HIGH CHARTER SCHOOL,

AND DAVID G. SMITH, Appellants,


v.



TOM MARTINE, TRUSTEE, D/B/A TOM 

MARTINE A/K/A THOMAS MICHAEL MARTINE, Appellee.

________________________________________________________________


On appeal from the 404th District Court


of Cameron County, Texas.


________________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Hinojosa and Yañez


Opinion Per Curiam


 Appellants, VALLEY INTERVENTION PROJECTS, INC., D/B/A VALLEY HIGH
CHARTER SCHOOL, AND DAVID G. SMITH, attempted to perfect an appeal from a
judgment entered by the 404th District Court of Cameron County, Texas, in cause
number 2001-06-2996-G. After the notice of appeal was filed, appellants filed a
motion to dismiss the appeal. In the motion, appellants state that they do not wish
to pursue any further relief in this Court. Appellants request that this Court dismiss
the appeal.

 The Court, having considered the documents on file and appellants' motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellants'
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM


Opinion delivered and filed this

the 11th day of September, 2003.